# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office • Established in 1783

www.rawle.com

GARY F. SEITZ
215-575-4330
gseitz@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

October 14, 2009

VIA ELECTRONIC FILING
U.S. District Court
District of Delaware
844 N King St
Wilmington, DE 19801-3519

Re: **Motivation Marine Limited (Liberia) v. Great Elephant Corp., Taiwan Maritime Transportation Co., Ltd. and Certain Bunkers Aboard the M/T. Genmar St Nikolas**
<u>**USDC District of Delaware Case No.: 09-cv-760**</u>

Dear Sir/Madam:

On October 13, 2009, we filed Emergency Motions to Intervene on behalf of Buffalo Maritime Services, S.A., Ilaira Shipping and Trading, S.A. and Eleni Efta Special Maritime Enterprises in this matter. The plaintiff, Motivation Marine Limited, does not object to these parties intervening.

We request disposition of these Motions on an emergency basis as exigent circumstances exist warranting immediate ex parte relief. The vessel that, upon information and belief, carries certain assets of Great Elephant Corp. and/or Taiwan Maritime Transportation Co., Ltd., is presently within the jurisdiction of this Court. The vessel may depart from the jurisdiction of this Court at any time, thereby depriving Buffalo Maritime Services, S.A., Ilaira Shipping and Trading, S.A. and Eleni Efta Special Maritime Enterprises of their right to pursue certain assets of these defendants pursuant to Supplemental Admiralty Rule B and the General Maritime Law.

Accordingly, these Intervenor/Plaintiffs respectfully request this Honorable Court attend to their Emergency Motions to Intervene at the Court's earliest opportunity to preserve their rights under Supplemental Admiralty Rule B and the General Maritime Law.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
Gary F. Seitz

3265019-