**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOTIVATION MARINE LIMITED | : | |
| (LIBERIA) | : | |
|       Plaintiff | : | |
| | : | |
| BUFFALO MARITIME SERVICES, S.A. | : | CIVIL ACTION |
| (LIBERIA) | : | |
|       and | : | |
| ILAIRA SHIPPING AND TRADING, S.A. | : | |
| (LIBERIA) | : | |
|       and | : | |
| ELENI EFTA SPECIAL MARITIME | : | NO. 09-cv-00760-SLR |
| ENTERPRISES | : | |
| (GREECE) | : | |
|       Intervenors/Plaintiffs | : | |
| | : | |
|       v. | : | |
| GREAT ELEPHANT CORP., | : | |
| And Certain Bunkers Aboard | : | |
| THE M/T GENMAR ST NIKOLAS, | : | |
|       and | : | |
| TAIWAN MARITIME | : | |
| TRANSPORTATION CO., LTD. | : | |
|       Defendants. | : | |

**EMERGENCY JOINT MOTION TO DISSOLVE PROCESS OF ATTACHMENT AND GARNISHMENT MOTION AS TO PLAINTIFF MOTIVATION MARINE LIMITED (LIBERIA) AND INTERVENOR-PLAINTIFFS BUFFALO MARITIME SERVICES, S.A. (LIBERIA), ILAIRA SHIPPING AND TRADING, S.A. (LIBERIA), <u>AND ELENI EFTA SPECIAL MARITIME ENTERPRISES (GREECE)</u>**

Plaintiff Motivation Marine Limited (Liberia) ["Motivation"] and Intervenor-Plaintiffs

Buffalo Maritime Services, S.A. (Liberia) ["Buffalo"], Ilaira Shipping and Trading, S.A.

(Liberia) ["Ilaria"], and Eleni Efta Special Maritime Enterprises ["Eleni"], by their attorneys,

Rawle and Henderson LLP and defendant Great Elephant Corporation ["GEC"], by their

attorneys, Holland & Knight, move this Honorable Court for an Order dissolving the process of

attachment and garnishment of the certain bunkers aboard the M/T Genmar St Nikolas belonging to or claimed by defendant GEC and assert the following as the basis thereof:

1. Plaintiff Motivation appeared on October 12, 2009 and filed a verified Complaint *in personam* and *in rem* with Maritime Attachment praying that process of Attachment be issued against the bunkers aboard the M/T Genmar St. Nikolas.

2. On October 14, 2009, Intervenor-Plaintiffs, Buffalo, Ilaira and Eleni, filed Motions to Intervene in this matter, also praying that the process of Attachment be issued against certain bunkers aboard the M/T Genmar St. Nikolas.

3. On October 14, 2009, in accordance with the terms of this Court's Order authorizing Ring Maritime Service to serve process on the M/T Genmar St. Nikolas, the ship master of the M/T Genmar St. Nikolas was served process by Ring Maritime Service. Subsequently, the Master was appointed substitute custodian by order of the court dated October 15, 2009.

4. Motivation, Buffalo, Ilaira and Eleni [collectively the "Settling Parties"] have reached an agreement with defendant GEC whereby GEC has agreed to post security in London, England in an amount and form acceptable to the Settling Parties in place of the bunkers under attachment.

5. Accordingly, the Settling Parties no longer require the protection of the maritime attachment and garnishment under Supplemental Rule for Admiralty B.

6. The Settling Parties and GEC agree that the attachment and garnishment as to the Settling Parties should now be dissolved in lieu of the security provided by GEC in London. The Settling Parties further agree to waive reattachment of any of GEC's property aboard the M/T

Genmar St. Nikolas until after the vessel departs U.S. waters or until November 8, 2009, whichever occurs sooner.

7. The parties jointly seek the proposed order vacating these attachments.

8. Exigent circumstances exist requiring immediate disposition of this Motion. Defendant GEC has posted sufficient security to dissolve the attachment and garnishment and allowing the attachment and garnishment to remain on the subject property will deprive other interested parties of their rights in the property and will directly impact those who are not parties to this action, but have an interest in the vessel and the cargo aboard the vessel. Accordingly, the parties request this Court address this Motion on an emergency basis.

WHEREFORE, Plaintiff Motivation Marine Limited (Liberia) and Intervenor-Plaintiffs Buffalo Maritime Services, S.A. (Liberia), Ilaira Shipping and Trading, S.A. (Liberia), and Eleni Efta Special Maritime Enterprises and Great Elephant Corp. jointly request this Court to enter an Order dissolving the attachment and garnishment of certain bunkers aboard the M/T Genmar St. Nikolas served upon the Master of the M/T Genmar St. Nikolas on October 14, 2009 pursuant to the receipt of the posting of security by defendant Great Elephant Corp. for those claims.

> Respectfully submitted,
>
> RAWLE & HENDERSON, LLP
>
> By: __/s/ Gary F. Seitz_____
> Gary F. Seitz (No. 4457)
> 300 Delaware Avenue, Suite 1015
> P.O. Box 588
> Wilmington, Delaware 19899-0588
> Telephone: (302) 788-1200
> Facsimile: (302) 778-1400
> gseitz@rawle.com
> *Attorneys for Plaintiff and Intervenor-Plaintiffs*

3304346-1

HOLLAND & KNIGHT

By: ___/s/ *Michael J. Frevola*_____
Michael J. Frevola[1]
195 Broadway
New York NY 10007
Telephone: (212) 513-3516
Facsimile: (212) 385-9010
michael.frevola@hklaw.com
*Attorneys for Defendant*

Dated: **October 30, 2009**

---

[1] Although not a member of the bar of this court, counsel will comply with Local Rule 83.5(e) by associating with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTIVATION MARINE LIMITED (LIBERIA) | : | |
| Plaintiff | : | |
| | : | |
| BUFFALO MARITIME SERVICES, S.A. (LIBERIA) | : | CIVIL ACTION |
| and | : | |
| ILAIRA SHIPPING AND TRADING, S.A. (LIBERIA) | : | |
| and | : | |
| ELENI EFTA SPECIAL MARITIME ENTERPRISES (GREECE) | : | NO.  09-cv-00760-SLR |
| Intervenors/Plaintiffs | : | |
| | : | |
| v. | : | |
| GREAT ELEPHANT CORP., And Certain Bunkers Aboard THE M/T GENMAR ST NIKOLAS, | : | |
| and | : | |
| TAIWAN MARITIME TRANSPORTATION CO., LTD. | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF
EMERGENCY JOINT MOTION TO DISSOLVE PROCESS OF ATTACHMENT AND
GARNISHMENT MOTION AS TO PLAINTIFF MOTIVATION MARINE LIMITED
(LIBERIA) AND INTERVENOR-PLAINTIFFS BUFFALO MARITIME SERVICES, S.A.
(LIBERIA), ILAIRA SHIPPING AND TRADING, S.A. (LIBERIA),
<u>AND ELENI EFTA SPECIAL MARITIME ENTERPRISES (GREECE)</u>**

Plaintiff Motivation Marine Limited (Liberia) and Intervenor-Plaintiffs Buffalo Maritime

Services, S.A. (Liberia), Ilaira Shipping and Trading, S.A. (Liberia), and Eleni Efta Special

Maritime Enterprises, by their attorneys, Rawle and Henderson LLP and defendant Great

Elephant Corporation by their attorneys, Holland & Knight, submit the following Memorandum

3278418-1

of Law in support of their Motion for an Order dissolving the process of attachment and garnishment of the certain bunkers aboard the M/T Genmar St Nikolas belonging to or claimed by defendant, Great Elephant Corporation.

## I.   FACTS

Plaintiff, Motivation Marine Ltd. (Liberia), appeared on October 12, 2009 and filed a verified Complaint *in personam* and *in rem* with Maritime Attachment praying that process of Attachment be issued against the bunkers aboard the M/T Genmar St. Nikolas.

On October 14, 2009, Intervenor-Plaintiffs, Buffalo Maritime Services, S.A., Ilaira Shipping and Trading, S.A., and Eleni Efta Special Maritime Enterprises, filed Motions to Intervene in this matter, also praying that the process of Attachment be issued against certain bunkers aboard the M/T Genmar St. Nikolas.

Also, on October 14, 2009, in accordance with the terms of this Court's Order authorizing Ring Maritime Service to serve process on the M/T Genmar St. Nikolas, the ship master of the M/T Genmar St. Nikolas was served process by Ring Maritime Service. Subsequently, the Master was appointed substitute custodian by order of the court dated October 15, 2009.

As of today's date, the relevant parties have reached an agreement wherein defendant Great Elephant Corp. has agreed to post security for the certain bunkers at issue.

Accordingly, Plaintiff Motivation Marine Limited (Liberia) and Intervenor-Plaintiffs Buffalo Maritime Services, S.A. (Liberia), Ilaira Shipping and Trading, S.A. (Liberia) and Eleni Efta Special Maritime Enterprises no longer require the protection of the maritime attachment and garnishment under Supplemental Rule for Admiralty B.

**II.     ARGUMENT**

Plaintiff Motivation Marine Limited (Liberia) and Intervenor-Plaintiffs Buffalo Maritime Services, S.A. (Liberia), Ilaira Shipping and Trading, S.A. (Liberia) and Eleni Efta Special Maritime Enterprises and Great Elephant Corp. agree that the attachment and garnishment should be dissolved.  The parties jointly seek the proposed order.

Exigent circumstances exist requiring immediate disposition of this Motion.  Defendant Great Elephant Corp. has posted sufficient security to dissolve the attachment and garnishment and allowing the attachment and garnishment to remain on the subject property will deprive other interested parties of their rights in the property and will directly impact those who are not parties to this action, but have an interest in the vessel and the cargo aboard the vessel.  Accordingly, the parties request this Court address this Motion on an emergency basis.

**III.    CONCLUSION**

WHEREFORE, Plaintiff Motivation Marine Limited (Liberia) and Intervenor-Plaintiffs Buffalo Maritime Services, S.A. (Liberia), Ilaira Shipping and Trading, S.A. (Liberia), Eleni Efta Special Maritime Enterprises and Great Elephant Corp. respectfully request this Court to enter an Order dissolving the attachment and garnishment of certain bunkers aboard the M/T Genmar St.

3278418-1

Nikolas served upon the Master of the M/T Genmar St. Nikolas on October 14, 2009 pursuant to the receipt of the posting of security by defendant Great Elephant Corp. in this matter.

                Respectfully submitted,

                RAWLE & HENDERSON, LLP

                By: __/s/ *Gary F. Seitz*_____
                    Gary F. Seitz (No. 4457)
                    300 Delaware Avenue, Suite 1015
                    P.O. Box 588
                    Wilmington, Delaware 19899-0588
                    Telephone: (302) 788-1200
                    Facsimile: (302) 778-1400
                    gseitz@rawle.com
                    *Attorneys for Plaintiff and Intervenor-Plaintiffs*

                HOLLAND & KNIGHT

                By: __/s/ *Michael J. Frevola*_____
                    Michael J. Frevola[2]
                    195 Broadway
                    New York NY 10007
                    Telephone: (212) 513-3516
                    Facsimile: (212) 385-9010
                    michael.frevola@hklaw.com
                    *Attorneys for Defendant*

Dated: **October 30, 2009**

---

[2] Although not a member of the bar of this court, counsel will comply with Local Rule 83.5(e) by associating with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOTIVATION MARINE LIMITED (LIBERIA) | : : | |
| Plaintiff | : : | |
| BUFFALO MARITIME SERVICES, S.A. (LIBERIA) | : : | CIVIL ACTION |
| and | : | |
| ILAIRA SHIPPING AND TRADING, S.A. (LIBERIA) | : : | |
| and | : | |
| ELENI EFTA SPECIAL MARITIME ENTERPRISES (GREECE) | : : : | NO. 09-cv-00760-SLR |
| Intervenors/Plaintiffs | : : | |
| v. | : | |
| GREAT ELEPHANT CORP., And Certain Bunkers Aboard THE M/T GENMAR ST NIKOLAS, | : : : | |
| and | : | |
| TAIWAN MARITIME TRANSPORTATION CO., LTD. | : : | |
| Defendants. | : | |

**ORDER GRANTING EMERGENCY MOTION TO DISSOLVE PROCESS OF
ATTACHMENT AND GARNISHMENT AS TO PLAINTIFF MOTIVATION MARINE
LIMITED (LIBERIA) AND INTERVENOR/PLAINTIFFS BUFFALO MARITIME
SERVICES, S.A. (LIBERIA), ILAIRA SHIPPING AND TRADING, S.A. (LIBERIA),
<u>AND ELENI EFTA SPECIAL MARITIME ENTERPRISES (GREECE)</u>**

AND NOW, on this _____ day of _____, 2009; upon reading the

Emergency Motion to Dissolve Process Of Attachment And Garnishment of bunkers on board

the vessel M/T Genmar St. Nikolas, that were seized by writs of attachment while the vessel was

anchored at the Big Stone Anchorage, Delaware, it is hereby:

ORDERED that the attachments of certain bunkers aboard the M/T Genmar St. Nikolas

by the plaintiff and intervening plaintiffs are hereby dissolved in lieu of the security provided to

the plaintiff and intervening plaintiffs in London with respect to their various arbitration proceedings; and it is further

ORDERED that the Master of the Vessel is free from his custodianship of the bunkers and may depart with them from the jurisdiction.

BY THE COURT:

_____
Sue L. Robinson
United States District Judge

# 8939886_v1

3278418-1